UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KAI LIVINGSTON PACKER

    Defendant.
_____/

No. 1:24-mj-00329

**MOTION & ORDER TO UNSEAL**

Now comes the United States of America by Mark A. Totten, United States Attorney for the Western District of Michigan, and Joel S. Fauson, Assistant United States Attorney, and moves this court to unseal the Complaint and Continuation in the above-entitled case because the arrest warrant has been executed.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated: August 15, 2024

_____
JOEL S. FAUSON
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI  49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated: August 15, 2024

/s/ Sally J. Berens
SALLY J. BERENS
United States Magistrate Judge
United States District Court